ACCEPTED
12-15-00068-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/1/2015 1:53:20 PM
CATHY LUSK
CLERK

Appellate Docket Number: **12-15-00068-CR, 12-**

Appellate Case Style: Style: **Andrew Whitaker**

Vs. State of Texas

Companion Case:

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/1/2015 1:53:20 PM
CATHY S. LUSK
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: **12th Court of Appeals**

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: **Andrew** | ☒ Lead Attorney |
| Middle Name: **P.** | First Name: **Winfred** |
| Last Name: **Whitaker** | Middle Name: **Aaron** |
| Suffix: | Last Name: **Simmons** |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: **II** |
| Amount of Bond: | ☒ Appointed  ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained  ☐ Public Defender |
| | Firm Name: **Winfred A. Simmons, II Attorney at Law** |
| | Address 1: **115 West Shepherd Ave** |
| | Address 2: |
| | City: **Lufkin** |
| | State: **Texas**  Zip+4: **75904** |
| | Telephone: **936-632-3242**  ext. |
| | Fax: **936-632-4325** |
| | Email: **lawyersimmons@consolidated.net** |
| | SBN: **00794636** |
| | Add Another Appellant/Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: **State of Texas** | ☒ Lead Attorney |
| Middle Name: | First Name: **Nicole** |
| Last Name: | Middle Name: **D.** |
| Suffix: | Last Name: **LoStracco** |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☐ Public Defender |
| | Firm Name: **Nacogdoches Co. District Attoreney's Office** |
| | Address 1: **101 West Main Street** |
| | Address 2: **Ste. 250** |
| | City: **Nacogdoches** |
| | State: **Texas** Zip+4: **75961** |
| | Telephone: **936-560-7734** ext. |
| | Fax: **936-560-6036** |
| | Email: **nlostraacco@co.nacodoches.tx.us** |
| | SBN: / Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): **Property Offenses** | Was the trial by: ☒ jury or ☐ non-jury? |
| Type of Judgment: **Jury Trial** | Date notice of appeal filed in trial court: **February 25, 2015** |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: **February 25, 2015** | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: **Evading** | Punishment assessed: **13 years TDC** |
| Date of offense: **June 6, 2014** | Is the appeal from a pre-trial order? ☐ Yes ☒ No |
| Defendant's plea: **Not Guilty** | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
| If guilty, does defendant have the trial court's certificate to appeal? ☒ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

| | |
|---|---|
| Motion for New Trial: ☐ Yes ☒ No | If yes, date filed: |
| Motion in Arrest of Judgment: ☐ Yes ☒ No | If yes, date filed: |
| Other: ☐ Yes ☒ No | If yes, date filed: |
| If other, please specify: | |

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

| | |
|---|---|
| Motion and affidavit filed: ☐ Yes ☒ No ☐ NA | If yes, date filed: |
| Date of hearing: ☐ NA | |
| Date of order: ☐ NA | |
| Ruling on motion: ☐ Granted ☐ Denied ☐ NA | If granted or denied, date of ruling: |

## VIII. Trial Court And Record

| | |
|---|---|
| Court: **420th** | Clerk's Record: |
| County: **Nacogdoches** | Trial Court Clerk: ☒ District ☐ County |
| Trial Court Docket Number (Cause no): **F1421007** | Was clerk's record requested? ☒ Yes ☐ No |
| Trial Court Judge (who tried or disposed of the case): | If yes, date requested: **Mar 26, 2015** |
| | If no, date it will be requested: |
| First Name: **Edwin** | Were payment arrangements made with clerk? |
| Middle Name: | ☐ Yes ☒ No ☐ Indigent |
| Last Name: **Klein** | |
| Suffix: | |
| Address 1: **101 West Main Street** | |
| Address 2: | |
| City: **Nacogdoches** | |
| State: **Texas** Zip + 4: **75961** | |
| Telephone: **936-560-7848** ext. | |
| Fax: **936-560-7899** | |
| Email: **psowell@co.nacogdochestx.us** | |

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: **Mar 26, 2015**

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter ☐ Court Recorder
☒ Official ☐ Substitute

First Name: **Andrea**

Middle Name:

Last Name: **Simmons**

Suffix:

Address 1: **101 West Main Street**

Address 2: **Ste. 216**

City: **Nacogdoches**

State: **Texas** Zip + 4:

Telephone: **936-560-7848** ext.

Fax: **936-560-7899**

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                                   Court:

Style:

    Vs.    **State of Texas**

## X. Signature

_____

Signature of counsel (or Pro Se Party)        Date:  **April 1, 2015**

Winfred A. Simmons II
_____
Printed Name:                 State Bar No: 00794636

Electronic Signature:          Name:
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on **April 1, 2015**

_____

Signature of counsel (or pro se party)      Electronic Signature:
                                   (Optional)

                                   State Bar No.:   00794636

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

           (1) the date and manner of service;
           (2) the name and address of each person served, and
           (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: **April 1, 2015**

Manner Served: **Fax**

First Name:    **Nicole**

Middle Name:

Last Name:    **LoStraaco**

Suffix:

Law Firm Name: **Nacogdoches Co. District Attorney's Office**

Address 1:    **101 West Main Street**

Address 2:    **250**

City:    **Nacogdoches**

State    **Texas**    Zip+4: **75961**

Telephone:    **936-560-7734**    ext.

Fax:    **936-560-6036**

Email:    **nlostracco@co.nacogdoches.tx.us**